**George PRATER v. UNITED STATES of America.**

No. 1339.

Circuit Court of Appeals, Tenth Circuit.

Oct. 8, 1935.

William A. Tidwell, of Idabel, Okl., for appellant.

C. W. Miller, Asst. U. S. Atty., of Muskogee, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, for failure to prosecute.

**PRINCE WILLIAM COUNTY, a Political Subdivision Organized, Created, and Existing Under and by Virtue of the Laws of the State of Virginia, Appellant, v. The UNITED STATES of America, Appellee.**

No. 3900.

Circuit Court of Appeals, Fourth Circuit.

Oct. 21, 1935.

Raymond M. Hudson, of Washington, D. C. (Thomas H. Lion, of Manassas, Va., and Minor Hudson, of Washington, D. C., on the brief), for appellant.

Sterling Hutcheson, U. S. Atty., of Richmond, Va. (G. A. Iverson, Sp. Asst. to Atty. Gen., H. H. Holt, Jr., Asst. U. S. Atty., of Norfolk, Va., and John V. Cogbill, Asst. U. S. Atty., of Richmond, Va., on the brief), for the United States.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

An examination of the record in this case convinces us that the rulings of the court below were correct and that the appeal is without merit. Nothing need be added to what was said by the judge below in the opinion in this case and in the opinion in the companion case of U. S. v. McIntosh (D.C.) 57 F.(2d) 573, and Id. (D.C.) 2 F.Supp. 244. The decree appealed from will be affirmed.

Affirmed.

**Arthur C. PRESTON, Trustee, Appellant, v. Keys S. BORDWINE and W. J. Legard, EXECUTOR for S. P. LEGARD, Deceased, Appellees.**

No. 3948.

Circuit Court of Appeals, Fourth Circuit.

Oct. 1, 1935.

J. S. Ashworth, of Bristol, Va., for appellant.

H. E. Widener and Wm. H. Woodward, both of Bristol, Va., and Wm. A. Stuart, of Abingdon, Va., for appellees.

PER CURIAM.

Case dismissed under rule 20, in accordance with agreement of attorneys.